JOSEPH WALLACH, as Guardian ad Litem of GLORIA WALLACH, an Infant under the Age of Fourteen Years, Appellant, v. R. GRAY's SONS, INC., Respondent.— Appeal by plaintiff from order dismissing the complaint and granting a nonsuit at the close of the entire case after the jury had failed to agree. Upon the defendant's motion for dismissal made at the close of the entire case the trial court reserved decision, submitted the case to the jury and upon the jury's failure to agree granted the motion. Plaintiff, a girl five years old, ran from the sidewalk, past the front of a parked car into the side of defendant's passing truck and a rear wheel ran over her leg. The record fails to disclose any negligence on the part of the defendant. Order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

ARCHIBALD W. Moss, Appellant, v. DUNN & McCARTHY, INC., Respondent.— The Broome County Court has reversed a judgment rendered by the City Court of Binghamton, in favor of a surgeon for services rendered to a person who had been employed for twelve years by the defendant, and who, five days prior to the operation in question, had been laid off temporarily. The evidence will sustain a finding that the plaintiff called the surgeon, who was clothed with apparent authority to bind defendant for medical services rendered to employees of the defendant, and that the surgeon, with authority to act for the defendant, authorized the operation to be performed at the expense of defendant. Judgment of the County Court reversed on the law, and judgment of the City Court of Binghamton reinstated, with costs. Hill, P. J., McNamee and Heffernan, JJ., concur; Rhodes and Crapser, JJ., dissent, and vote to affirm on the authority of *Edwards* v. *Dooley* (120 N. Y. 540) and *Figueira* v. *Lerner* (52 App. Div. 216).